# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 251 EAL 2019
:
        Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
        v. :
:
:
KEITH JOHNSON, JR., :
:
        Petitioner :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 22nd day of August, 2019, the Petition for Allowance of Appeal is **DENIED**.